USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-25-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS LUIS ROMAN, Individually and on behalf of others similarly situated,

        Plaintiffs,

- against -

ABC CORP., ET AL.,

        Defendants.

19-cv-6628 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The case is referred to a Magistrate Judge for purposes of settlement.

SO ORDERED.

Dated:    New York, New York
           November 23, 2019

                                         John G. Koeltl
                                        United States District Judge