UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS LUIS ROMAN, individually and on
behalf of others similarly situated,

    Plaintiff,

  -against-

ABC CORP., et al.,

    Defendant.
------------------------------------------------------------X

**ORDER**

19-CV-6628 (JGK) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  A successful settlement conference was held with the parties on February 26, 2020. As of the date of this order, the docket sheet maintained by the Clerk of Court for this action does not reflect that the parties have submitted to the assigned district judge, for review and approval, their written settlement agreement. Therefore, on or before June 1, 2020, the parties shall submit their settlement agreement to the assigned district judge or advise him of the status of the action.

Dated: New York, New York
   May 26, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE