**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**CARLOS LUIS ROMAN, Individually and on behalf of others similarly situated,**

**Plaintiffs,**

- against -

**ABC CORP., ET AL.,**

**Defendants.**
───────────────────────────────────

19-cv-6628 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As stated at the conference held on July 9, 2020, the settlement agreement, together with the necessary papers for judicial approval of the settlement, should be submitted to the Court by July 15, 2020.

**SO ORDERED.**

**Dated:**   **New York, New York**
             **July 10, 2020**                    /s/ John G. Koeltl
                                                **John G. Koeltl**
                                         **United States District Judge**